IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
DESTINY LYN BOLDS A/K/A DESTINY
LYN BOLDS HOWE, A/K/A DESTINY
BOLDS HOWE, DECEASED.

No. 82012

WILLIE BOLDS,
                          Appellant,
                vs.
LISA HENRY,
                          Respondent.

FILED

MAY 23 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gloria Sturman, District Judge
       Morris Law Center
       Jeffrey Burr, Ltd.
       Hutchison & Steffen, LLC/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-16283